DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NYDEED NASHADDAI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2480

_____

April 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III, Judge.

Nydeed Nashaddai, pro se.

PER CURIAM.

     Affirmed.

NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.